**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Binder & Binder – The National Social Security Disability Advocates (NY), LLC, | Case No. 14-23728 (RDD) |
| Debtor. | |
| **TAX ID Number 41-2191450** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates LLC, | Case No. 14-23729 (RDD) |
| Debtor. | |
| **TAX ID Number 20-4018580** | |
| In re: | Chapter 11 |
| SSDI Holdings, Inc., | Case No. 14-23730 (RDD) |
| Debtor. | |
| **TAX ID Number 27-3223038** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (DC), LLC, | Case No. 14-23731 (RDD) |
| Debtor. | |
| **TAX ID Number 46-5325265** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (LA), LLC, | Case No. 14-23732 (RDD) |
| Debtor. | |
| **TAX ID Number 46-5488426** | |

| | |
|---|---|
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (MD), LLC, | Case No. 14-23733 (RDD) |
| Debtor. | |
| **TAX ID Number 32-0383760** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (MI), LLC, | Case No. 14-23734 (RDD) |
| Debtor. | |
| **TAX ID Number 46-5478762** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (NC), LLC, | Case No. 14-23735 (RDD) |
| Debtor. | |
| **TAX ID Number 41-2191460** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (NJ), LLC, | Case No. 14-23736 (RDD) |
| Debtor. | |
| **TAX ID Number 41-2191454** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (OH), LLC, | Case No. 14-23737 (RDD) |
| Debtor. | |
| **TAX ID Number 30-0707827** | |

| | |
|---|---|
| In re:<br><br>Binder & Binder - The National Social Security Disability Advocates (PA), LLC,<br><br>                              Debtor.<br>**TAX ID Number 41-2191453** | Chapter 11<br><br>Case No. 14-23738 (RDD) |
| In re:<br><br>Binder & Binder - The National Social Security Disability Advocates (TX), LLC,<br><br>                              Debtor.<br>**TAX ID Number 41-2191458** | Chapter 11<br><br>Case No. 14-23739 (RDD) |
| In re:<br><br>Binder & Binder - The National Social Security Disability Advocates VA, LLC,<br><br>                              Debtor.<br>**TAX ID Number 38-3887875** | Chapter 11<br><br>Case No. 14-23740 (RDD) |
| In re:<br><br>Binder & Binder - The National Social Security Disability Advocates (WA), LLC,<br><br>                              Debtor.<br>**TAX ID Number 27-0410225** | Chapter 11<br><br>Case No. 14-23741 (RDD) |
| In re:<br><br>Binder & Binder - The National Social Security Disability Advocates (CO), LLC,<br><br>                              Debtor.<br>**TAX ID Number 27-1640945** | Chapter 11<br><br>Case No. 14-23742 (RDD) |

| | |
|---|---|
| In re: <br><br> Binder & Binder - The National Social Security Disability Advocates (CT), LLC, <br><br> Debtor. <br> **TAX ID Number 30-0750206** | Chapter 11 <br><br> Case No. 14-23743 (RDD) |
| In re: <br><br> Binder & Binder - The National Social Security Disability Advocates (FL), LLC, <br><br> Debtor. <br> **TAX ID Number 41-2191455** | Chapter 11 <br><br> Case No. 14-23744 (RDD) |
| In re: <br><br> Binder & Binder - The National Social Security Disability Advocates (GA), LLC, <br><br> Debtor. <br> **TAX ID Number 27-0564768** | Chapter 11 <br><br> Case No. 14-23745 (RDD) |
| In re: <br><br> Binder & Binder - The National Social Security Disability Advocates (IL), LLC, <br><br> Debtor. <br> **TAX ID Number 41-2191457** | Chapter 11 <br><br> Case No. 14-23746 (RDD) |
| In re: <br><br> Binder & Binder - The National Social Security Disability Advocates (AZ), LLC, <br><br> Debtor. <br> **TAX ID Number 27-4645887** | Chapter 11 <br><br> Case No. 14-23747 (RDD) |

| | |
|---|---|
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (CA), LLC, | Case No. 14-23748 (RDD) |
| Debtor. **TAX ID Number 41-2191456** | |
| In re: | Chapter 11 |
| Binder & Binder - The National Social Security Disability Advocates (MO), LLC, | Case No. 14-23749 (RDD) |
| Debtor. **TAX ID Number 36-4742108** | |
| In re: | Chapter 11 |
| The Rep for Vets LLC, | Case No. 14-23750 (RDD) |
| Debtor. **TAX ID Number 90-0806421** | |
| In re: | Chapter 11 |
| National Veterans Disability Advocates LLC (dba The Rep for Vets LLC), | Case No. 14-23751 (RDD) |
| Debtor. **TAX ID Number 27-1647468** | |
| In re: | Chapter 11 |
| The Social Security Express Ltd., | Case No. 14-23752 (RDD) |
| Debtor. **TAX ID Number 55-0834960** | |

## ORDER DIRECTING JOINT ADMINISTRATION OF
## THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion ("Motion")[1] of the Debtors for entry of an order administratively consolidating their respective Chapter 11 Cases for procedural purposes only and providing for joint administration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being sufficient under the circumstances; and upon the record of the hearing held by the Court on the Motion on December 22, 2014; and there being no objections to the relief granted herein; and the Court having determined that granting the relief requested in the Motion as set forth herein is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth below.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 14-23728.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Chapter 11 Cases.

4. The caption of the jointly administered Chapter 11 Cases (the "Caption") shall read as follows:

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-23728 (RDD)<br><br>Jointly Administered |

5. The Caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

6. A notation substantially similar to the following notation shall be entered on the docket in each of the above-captioned cases (other than in the Binder & Binder – The National Social Security Disability Advocates (NY), LLC case) to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of this Chapter 11 Case with the affiliated Chapter 11 case captioned *Binder & Binder – The National Social Security Disability Advocates (NY), LLC, et al*. The docket in Chapter 11 Case No. 14-23728 should be consulted for all matters affecting this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) Binder & Binder - The National Social Security Disability Advocates (NY), LLC (1450); (2) SSDI Holdings, Inc. (3038); (3) Binder & Binder - The National Social Security Disability Advocates LLC (8580); (4) Binder & Binder - The National Social Security Disability Advocates (AZ), LLC (5887); (5) Binder & Binder - The National Social Security Disability Advocates (CA), LLC (1456); (6) Binder & Binder - The National Social Security Disability Advocates (CO), LLC (0945); (7) Binder & Binder - The National Social Security Disability Advocates (CT), LLC (0206); (8) Binder & Binder - The National Social Security Disability Advocates (FL), LLC (1455); (9) Binder & Binder - The National Social Security Disability Advocates (GA), LLC (4768); (10) Binder & Binder - The National Social Security Disability Advocates (IL), LLC (1457); (11) Binder & Binder - The National Social Security Disability Advocates (MD), LLC (3760); (12) Binder & Binder - The National Social Security Disability Advocates (MO), LLC (2108); (13) Binder & Binder - The National Social Security Disability Advocates (NJ), LLC (1454); (14) Binder & Binder - The National Social Security Disability Advocates (NC), LLC (1460); (15) Binder & Binder - The National Social Security Disability Advocates (OH), LLC (7827); (16) Binder & Binder - The National Social Security Disability Advocates (PA), LLC (1453); (17) Binder & Binder - The National Social Security Disability Advocates (TX), LLC (1458); (18) Binder & Binder - The National Social Security Disability Advocates VA, LLC (7875); (19) Binder & Binder - The National Social Security Disability Advocates (WA), LLC (0225); (20) Binder & Binder - The National Social Security Disability Advocates (LA), LLC (8426); (21) Binder & Binder - The National Social Security Disability Advocates (MI), LLC (8762); (22) Binder & Binder - The National Social Security Disability Advocates (DC), LLC (5265); (23) The Rep for Vets LLC (6421); (24) National Veterans Disability Advocates LLC (dba The Rep for Vets LLC) (7468); and (25) The Social Security Express Ltd. (4960) (together, the "Debtors").

7. All original pleadings shall be captioned as indicated in paragraph 4 and all original docket entries shall be made in the case of Binder & Binder – The National Social Security Disability Advocates (NY), LLC, Case No. 14-23728.

8. The Debtors are authorized to utilize a combined service list for the jointly-administered cases, and combined notices may be sent to creditors of the Debtors' estates and other parties in interest, as applicable.

9. The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13), by consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information, e.g. receipts, disbursements, etc. on a debtor-by-debtor basis in each monthly operating report.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  White Plains, New York
       December 22, 2014

                                                  /s/ Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE